IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM S. STEINHILBER,<br>Johnson Cnty. Jail No. 126024844,<br><br>　　　　Petitioner,<br><br>V.<br><br>CAPTAIN FNU GORDY,<br><br>　　　　Respondent. | §<br>§<br>§<br>§<br>§　　No. 3:25-CV-3346-D<br>§<br>§<br>§<br>§<br>§<br>§ |

# ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, the court denies petitioner William S. Steinhilber leave to proceed *in forma pauperis* and orders that he pay the $5.00 filing fee within **21 days** of the date of this order. If he does not, the court will dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b), without further notice.

**SO ORDERED**.

January 16, 2026..

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SIDNEY A. FITZWATER
　　　　　　　　　　　　　　　　　　SENIOR JUDGE